IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

GORDON WILLIAM LINTON,

    Petitioner,

v.

TROY BOWSER, Superintendent,
Two Rivers Correctional Inst.,

    Respondent.

Case No. 2:18-cv-00424-CL

ORDER

MCSHANE, Judge:

Magistrate Judge Mark D. Clarke filed a Findings and Recommendation (ECF No. 34), and the matter is now before this Court on Plaintiff's objections. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). I review *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct.

Magistrate Judge Clarke's Findings and Recommendation (ECF No. 34) is adopted in full. The petition is denied the case is dismissed with prejudice.

IT IS SO ORDERED.

    DATED this 9th day of April, 2020.

       /s/ Michael J. McShane
Michael McShane
United States District Judge